UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESUS CHIPREZ,<br><br>        Petitioner,<br><br>    v.<br><br>M.E. SPEARMAN,<br><br>        Respondent. | No. 1:18-cv-00727-DAD-SKO HC<br><br>**ORDER WITHDRAWING FINDINGS AND RECOMMENDATIONS**<br><br>**(Doc. No. 14)**<br><br>**ORDER DIRECTING CLERK OF COURT TO CONVERT CASE TO CIVIL RIGHTS ACTION PURSUANT TO 42 U.S.C. § 1983** |

Petitioner Jesus Chiprez is a state prisoner proceeding *pro se* with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. The Court referred the matter to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1) and Local Rules 302 and 304.

On May 21, 2018, Petitioner filed the instant petition for writ of habeas corpus, wherein Petitioner challenges a prison disciplinary proceeding in which he was found guilty of threatening to kill a corrections officer's immediate family. On July 16, 2018, the Magistrate Judge issued Findings and Recommendations recommending Petitioner's habeas petition be converted to a civil rights action under 42 U.S.C. § 1983. (Doc. 14.)

1

On July 27, 2018, Petitioner submitted a document entitled, "To convert Petition for Writ of Habeas Corpus to Civil Rights Action Under 42 U.S.C. § 1983," in which he "hereby voluntarily consent[ed]" to the Court converting his petition under § 2254 to a petition under § 1983. (Doc. 15.)

Accordingly, pursuant to Petitioner's request to convert the petition to a civil rights action, the undersigned hereby WITHDRAWS the findings and recommendations filed May 21, 2018.

Further, the Court hereby ORDERS:

1. The Clerk of Court is DIRECTED to convert the instant case to a civil rights action pursuant to 42 U.S.C. § 1983.

2. The Clerk's Office shall send Petitioner a copy of this order and forms for: (1) a Complaint under the Civil Rights Act, 42 U.S.C. § 1983, and (2) an Application to Proceed In Forma Pauperis by a Prisoner.

3. Within twenty-one (31) days of service of this order, Petitioner shall file his Complaint pursuant to 42 U.S.C. § 1983.

IT IS SO ORDERED.

Dated: **August 6, 2018**  /s/ *Sheila K. Oberto*
UNITED STATES MAGISTRATE JUDGE