# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESUS CHIPREZ,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>M.E. SPEAMAN,<br><br>　　　　Defendant(s). | 1:18-cv-00727 DAD SKO (PC)<br><br>ORDER TO SUBMIT APPLICATION TO PROCEED IN FORMA PAUPERIS ON CORRECT FORM OR PAY FILING FEE WITHIN 45 DAYS<br><br>(Doc. 21) |

Plaintiff is a state prisoner proceeding *pro se* in a civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff has not paid the $400.00 filing fee. While Plaintiff submitted an application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915 it was not on the correct form for this action.

Accordingly, IT IS HEREBY ORDERED that:

Within forty-five (45) days of the date of service of this order, plaintiff shall submit the attached application to proceed *in forma pauperis*, completed and signed, or in the alternative, pay the $400.00 filing fee for this action. **No requests for extension will be granted without a showing of good cause. Failure to comply with this order will result in recommendation that this action be dismissed.**

IT IS SO ORDERED.

Dated: **September 14, 2018**　　　　　　/s/ *Sheila K. Oberto*
　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1